# Exhibit 1

**District 1**

# Case Summary

**Case No. 2025L007981**

| | | | | |
|---|---|---|---|---|
| **Maxine Spencer -vs- CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY,MIDEA AMERICA CORPORATION,FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.,GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.,ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.,MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.** | § § § § § | Location: Judicial Officer: Filed on: Cook County Attorney Number: | **District 1** **Calendar, R** **06/23/2025** **56079** | |

---

### Case Information

Case Type: Product Liabilty - Jury
Case Status: **06/23/2025 Pending**
Case Flags: **Case on Bankruptcy Calendar**

### Assignment Information

**Current Case Assignment**
Case Number 2025L007981
Court District 1
Date Assigned 06/23/2025
Judicial Officer Calendar, R

---

### Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Spencer, Maxine** | **Cesarone, Frank Vincent** *Retained* 803-447-7178(W) 26E ROLLING OAKS RD SUGAR GROVE, IL 60554 |
| **Defendant** | **CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY** | |
| | **FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.** | |
| | **GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.** | |
| | **MIDEA AMERICA CORPORATION** | |
| | **MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.** | |
| | **ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.** | |

Printed on 03/26/2026 at 8:01 AM

## Case Summary

### Case No. 2025L007981

---

### Events and Orders of the Court

08/22/2025 📄
Summons Served - Corporation/Company/Business
*Affidavit of Service of Summons on defendant Media*
Party: Plaintiff Spencer, Maxine
*Affidavit of Service of Summons on defendant Media*

08/20/2025 📄
*CANCELED* **First Time Case Management** (9:30 AM) (Judicial Officer: Otto, Michael F)
Resource: Location L2208 Court Room 2208
Resource: Location D1 Richard J Daley Center
*Order of Court*

08/08/2025 📄
Summons Issued And Returnable
*Summons to Corelle Brands*
Party: Plaintiff Spencer, Maxine
*Summons to Corelle Brands*

08/08/2025 📄
Summons Issued And Returnable
*Summons to Midea America*
Party: Plaintiff Spencer, Maxine
*Summons to Midea America*

07/24/2025 📄
Place On Bankruptcy Calendar - Allowed - (Judicial Officer: Lyons, Thomas V., II)
Party: Plaintiff Spencer, Maxine

07/24/2025 📄
Strike From Case Management Call - Allowed (Judicial Officer: Lyons, Thomas V., II)
Party: Plaintiff Spencer, Maxine

07/17/2025 📄
Electronic Notice Sent
Party: Plaintiff Spencer, Maxine
Party 2: Attorney Cesarone, Frank Vincent

07/17/2025 📄
Electronic Notice Sent
Party: Plaintiff Spencer, Maxine
Party 2: Attorney Cesarone, Frank Vincent

07/07/2025 📄
Notice Filed
*Plaintiff's Notice of Stay (Spencer)*
Party: Plaintiff Spencer, Maxine
*Plaintiff's Notice of Stay (Spencer)*

06/23/2025 New Case Filing

06/23/2025 📄
Personal Injury (Product Liability) Complaint Filed (Jury Demand)
*Complaint & Jury Demand (Spencer)*
Party: Plaintiff Spencer, Maxine
Party 2: Attorney Cesarone, Frank Vincent
*Complaint & Jury Demand (Spencer)*

06/23/2025 📄
Exhibits Filed
*Civil Cover Sheet (Spencer)*
Party: Plaintiff Spencer, Maxine
Party 2: Attorney Cesarone, Frank Vincent
*Civil Cover Sheet (Spencer)*